**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ABBIDULA RANDLE-EL, ) | |
| ) | No. 13 C 6607 |
| Plaintiff, ) | |
| ) | Judge Johnson Coleman |
| v. ) | |
| ) | Magistrate Judge Valdez |
| CITY OF CHICAGO, et al. ) | |
| ) | |
| Defendants. ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Jonathan Levy
Attorney for Plaintiff, Abbidula Randle-El
The Blake Horwitz Law Firm
111 West Washington Street, Suite 1611
Chicago, Illinois 60602
(312) 676-2100
Attorney No. 6313350
FEIN:
DATE: 4/9/15

Jared Kosoglad
Attorney for Plaintiff, Abbidula Randle-El
118 South Clinton Street
Suite 200
Chicago, IL 60661
(312) 513-6000
Attorney No. 6286633
FEIN:
DATE: 4/9/15

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

STEPHEN PATTON
Corporation Counsel
Attorney for City of Chicago

BY:
Christopher Wallace
Senior Counsel
Attorney for Defendants,
Jeffrey Frahm and Jaeho Jung
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-6408
Attorney No. 6278655
DATE: 4/13/15